**Order entered April 9, 2013**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01640-CV

### IN RE LAKEITH AMIR SHARIF, Relator

**On Appeal from the 255th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-09-7655**

## ORDER

The Court has before it relator's request for the return of exhibits, motions, and a request

for judicial notice that were filed in this case. The Court **DENIES** the request.

/s/     MICHAEL J. O'NEILL
         JUSTICE